## Ewald Iron Co. v. Commonwealth.

(Decided February 24, 1911.)

### Appeal from Lyon Circuit Court.

When the charter of a corporation expires, and it continues in business, the property held in its name should be taxed in its name, and as its property for two years, and after that time it should be taxed in the name of the stockholders and as their property.

C. H. GIBSON, GIBSON, MARSHALL & GIBSON and P. B. MUIR for appellant.

M. J. HOLT, McQUOWN & BECKHAM and J. S. HODGES for appellee.

CLAYTON B. BLAKEY, Amicus Curiae.

EXTENDED OPINION OF THE COURT BY CHIEF JUSTICE HOBSON.

In fixing two years as a reasonable time for a corporation to close up its business, the court followed the statute regulating the settlement of the estates of deceased persons. (Ky. St., sections 3858-59.) The corporation expired for business purposes on November 5, 1905. The property held in its name should be taxed in its name and as its property until November 5, 1907; after that time it should be taxed in the name of L. P. Ewald, and as his property. It is important in these tax matters that a definite rule be laid down that the parties may conform to it and avoid litigation cost and penalties.

The former opinion, 140 Ky., 692, is extended as above indicated.